JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>GARY OHANIAN, in individual and representative capacity as Trustee under the Gary Ohanian and Anahid Ohanian Living Trust dated July 5, 2005; ANAHID OHANIAN, in individual and representative capacity as Trustee under the Gary Ohanian and Anahid Ohanian Living Trust dated July 5, 2005; URBAN KEBAB, INC., a California Corporation; and Does 1-10,<br><br>    Defendant. | Case No. CV 20-06150-AB (RAOx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.

1.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  September 14, 2020           _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE